United States District Court
Southern District of Texas
**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DIAGNOSTIC AFFILIATES OF NORTHEAST HOU, LLC, | § § § § § | |
| Plaintiff, | | |
| VS. | § § | CIVIL ACTION NO. 2:22-CV-00007 |
| CIGNA HEALTH AND LIFE INSURANCE CO., *et al.*, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Nonsuit (D.E. 13), the Court enters final judgment dismissing this action without prejudice.

ORDERED on March 25, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE